# First District Court of Appeal
## State of Florida

_____

No. 1D17-5340

_____

RUSSELL MALONEY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Santa Rosa County.
John F. Simon, Jr., Judge.

May 11, 2018

PER CURIAM.

AFFIRMED.

LEWIS, ROBERTS, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Russell Maloney, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.